# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:13-cr-0061-APG-VCF |
| vs. | ) | **AMENDED ORDER** |
| PRESLEY GERALDINE GRAHAM, | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's Motion to Modify Conditions of Pre-Trial Release (#39), filed on November 18, 2013. Upon review and consideration,

**IT IS ORDERED** that Defendant's Motion to Modify Conditions of Pre-Trial Release (#39) is **granted**. Defendant Graham shall be permitted to travel to Laguna Beach, California for the purposes of attending a wedding under conditions Pre-Trial Services deems necessary for the period of December 6, 2013 through December 9, 2013.

**IT IS FURTHER ORDERED** Defendant Graham may obtain her passport from Pretrial Services for the trip and shall return the passport upon her return to Las Vegas.

DATED this 3rd day of December, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge