MELANIE HILL
Nevada Bar No. 8796
LAW OFFICE OF MELANIE HILL
9345 W. Sunset Road, Suite 100
Las Vegas, Nevada 89148
Tel.: (702) 362-8500
Fax: (702) 362-8505
Melanie@MelanieHillLaw.com
Attorney for Defendant Presley Geraldine Graham

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PRESLEY GERALDINE GRAHAM,<br><br>    Defendant. | Case No: 2:13-cr-00061-JAD-VCF-2<br><br>**DEFENDANT PRESLEY GERALDINE GRAHAM'S MOTION FOR RETURN OF PASSPORT AND ORDER** |

The defendant, Presley Geraldine Graham, by and through her pro bono counsel Melanie Hill, hereby files this motion for the return of her passport so that she can obtain an immigrant tax identification number and secure employment due to her current immigration status.  Ms. Graham needs to retake possession of her passport that was provided to pretrial services to hold while she was on pretrial supervision.  Now that Ms. Graham has been sentenced, a court order is required for Ms. Graham to retake possession of her passport that is being held by pretrial services.

Counsel has informed pretrial services that she is filing the instant motion and Ms. Graham's passport is being held for her by pretrial services pending the outcome of this motion.  Ms. Graham was sentenced to five years of probation and 500 hours of community service in this case and there is no condition restricting her possession of her passport in this case.  As such, and to allow Ms. Graham to use her passport as identification to obtain her immigrant tax identification number and

secure employment, Ms. Graham is requesting that the Court enter the attached [Proposed] Order granting her Motion for Return of Passport.

Dated this 18th day of December, 2014.

LAW OFFICE OF MELANIE HILL

/s/ Melanie A. Hill
Melanie A. Hill
9345 W. Sunset Road, Suite 100
Las Vegas, Nevada 89148
Tel: (702) 362-8500
Fax: (702) 362-8505
Melanie@MelanieHillLaw.com
Attorney for Defendant Presley Geraldine Graham

## ORDER

Based on the foregoing motion, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Presley Geraldine Graham's Motion for Return of Passport is GRANTED. The pretrial services office shall return Ms. Graham's passport to her forthwith.

DATED this 29th day of December, 2014.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE